UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES DAVID BENNETT,**        ) | Civil Action  No. 07-1321(CKK) |
| ) | |
| **Plaintiff,**        ) | |
| ) | |
| v.        ) | |
| ) | |
| **JAMES M. CRAWFORD,**        ) | |
| **SEAN KENNEDY,**        ) | |
| **STATE BAR OF CALIFORNIA and**        ) | |
| **DOES 1-34, Inclusive,**        ) | |
| ) | |
| **Defendants.**        ) | |
| ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADING

Sean K. Kennedy, Federal Public Defender for the Central District of California, hereby moves in the above-captioned case pursuant to Rule 6(b)(1) of the Federal rules of Civil Procedure, for an extension of time, until November 19, 2007, within which to answer, move, or otherwise plead to plaintiff's Complaint.  Federal Defendant's response is currently due October 5, 2007. Plaintiff filed this action pro se and is currently incarcerated in Safford, Arizona.  Because plaintiff is presently incarcerated and is proceeding pro se, LCvR 7.1(m) does not apply to this motion, and counsel therefore has not obtained his position as to the relief requested.[1]

The plaintiff brought this action against the Federal Public Defender, Sean K. Kennedy, James M. Crawford, his appointed appellate counsel, the State Bar of California, and the United

---

[1] Local Civil Rule 7.1(m) requires "counsel 'to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. This exemption is consistent with the provisions of Local Civil Rule 16.3(a), which similarly excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference).  LCvR 16.3(1) (emphasis added).

1

States.  Mr. Kennedy is named in the Fourth and Fifth Causes of Action, which state claims under the Sixth Amendment and False Imprisonment arising from the appointment of counsel in opposition to his request to represent himself pro se on his direct appeal.  This extension is being requested to acquire the necessary information in order to adequately respond to the complaint and to investigate the allegations contained therein.  This matter is being handled by Deputy Federal Public Defender Gail Ivens who carries a full case load and has additional administrative responsibilities.  Her case load responsibilities include a Petition for a Writ of Certiorari in United States v. Abbouchi, CA 05-50962; Oral Argument before the Ninth Circuit Court of Appeals on September 24, 2007 in Avila v. Kirkland, CA 06-55479; Opening Brief due on September 27, 2007 in United States v. Pirtle, CA 07-50253; Response to Petition for Rehearing En Banc due October 2, 2007 in United States v. Snellenberg, CA 06-50169; Opening Brief due on October 9, 2007 in United States v. Spearman, CA 07-50184; Opening Brief due on October 12, 2007 in United States v. Camp, CA 07-50281; Opening Brief due on October 14, 2007 in United States v. Sorenson, CA 07-50147; Opening Brief due on November 16, 2007, in United States v. Ledesma Ledesma, CA 07-50322;.

     Accordingly, Defendant requests an extension of time until November 19, 2007, to file his pleading.

                                    Respectfully submitted,

                                    SEAN K. KENNEDY
                                    Federal Public Defender

DATED:  September 14, 2007          By             /s/
                                    Gail Ivens (Bar No. 116806)
                                    Deputy Federal Public Defender
                                    321 East 2nd Street
                                    Los Angeles, California 90012
                                    (213) 894-5022

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the United States Mail, addressed to:

JAMES DAVIS BENNETT
R32589-112
SAFFORD
Medium 1
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 9000
SAFFORD, AZ 85548

on this 14th day of September, 2007.

_____/s/_____
Maria A. Garza

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVID BENNETT,           ) | Civil Action No. 07-1321(CKK) |
| )| |
| Plaintiff,           ) | |
| ) | |
| v.           ) | |
| ) | |
| JAMES M. CRAWFORD,           ) | |
| SEAN KENNEDY,           ) | |
| STATE BAR OF CALIFORNIA and           ) | |
| DOES 1-34, Inclusive,           ) | |
| ) | |
| Defendants.           ) | |
| _____ ) | |

## ORDER

Upon consideration of Defendant Sean K. Kennedy's Motion for An Extension of Time to File Responsive Pleading until November 19, 2007.

**ORDERED** that Mr. Kennedy's motion for extension of time is granted.

**SO ORDERED.**

 

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

_____
DATE

Gail Ivens, DFPD
James David Bennett

## CERTIFICATE OF SERVICE

      I certify that the foregoing Order was served upon Plaintiff by depositing a copy of it in the United States Mail, addressed to:

JAMES DAVIS BENNETT
R32589-112
SAFFORD
Medium 1
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 9000
SAFFORD, AZ 85548

on this 14th day of September, 2007.

                                                             _____/s/_____
                                                             Maria A. Garza