THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

RECEIVED
SEP 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James Davis Bennett,        )   CASE NO.: 1:07-cv-01321
                            )
        Plaintiff,          )   The Hon. Colleen Kollar-Kotelly
                            )
    vs.                     )   Notice of Motion and Motion to
                            )   Amend Plaintiff's initial Pleadings
James M. Crawford, Sean Kennedy,) Pursuant to Federal Rules of Civil
The State Bar of California, )  Procedures Rule 15(a)
The United States of America,)
and DOES 1-35 inclusive,    )
                            )
        Defendants.         )
                            )
_____)

## NOTICE OF MOTION

1. To the Defendants and their attornies of record please take notice that on a date acceptable to the Court Plaintiff will make motion to the court to admend his initial Pleadings. The Motion consists of this notice, the Motion, any exhibits attached hereto, the Court File and any oral testimony required by the Court.

## MOTION TO AMEND

2. Federal Rules of Civil Procedures Rule 15(a) provides a party the opportunity to amend his pleadings "once as a matter of course at any time before a responsive pleading is served".

3. As of September 1, 2007 none of the current defendants have served their responsive pleadings as is required. Therefore the Plaintiff requests the Court to accept the following amendments.

-1-

4. The first amendment to the complaint adds a new cause of action which is based on Chapter 96, Title 18, United States Codes, Section 1961 et seq. known as The Racketeer Influenced and Corrupt Organizations Act(RICO) and is Pleaded as follows:

**SIXTH CAUSE OF ACTION AGAINST ALICEMARIE H. STOTLER, ALAN J. TAYLOR, AND DOES 2-10 FOR VIOLATION OF TITLE 18, UNITED STATES CODES, SECTION 1961 et seq.-THE RACKETEER INFLUENCED AND CORRUPTION ORGANIZATIONS ACT(RICO).**

5. The Plaintiff incorporates by reference as though fully set fourth herein and realleges paragraphs 3-37 of the initial pleadings and further alleges that Alicemarie H. Stotler while acting in complete absense of any jurisdiction which could possibly justify any of her actions alleged herein did with knowing intention of malice engage in an "Illegal Crime Conviction Ring" with Federal Bureau of Investigations Special Agent Michael Rawlins, Assistant United States Attorney David Hoffer, Assistant United States Attorney Lawrence E. Kole, Assistant United States Attorney Brett A. Sagel, Panel Attorney appointed under 18 USC 3006A Michael S. Meza, Federal Public Defender Sean Kennedy, Ninth Circuit Commissioner Peter L. Shaw and Flagstar Bank Attorney Alan J. Taylor.

6. The Illegal Criminal Conviction Ring is identified as the individuals mentioned in paragraph five who associated in fact for the purpose of Influencing Grand Juries and Petit Juries(18 USC §1503), Obstruction of criminal investigations(18 USC §1510), and Tampering with witnesses(18 USC §1512). The various predicate offenses of Influencing Juries, Obstructing investigations, and tampering with witnesses were accomplished as indicated by the Illegal Criminal Conviction Rings activities directed at depriving the Plaintiff of his constitutional rights as outlined in paragraphs 3-37 of the initial pleadings and with the sole purpose of gaining illegal convictions upon which to falsely imprison the Plaintiff.

7. The process in regards to the Plaintiff was initiated with the Michael Rawlins Search Warrant Affidavit which falsely influenced the Magistrate to issue an illegal search warrant based on Flagstar Bank being the lender in what is listed as Counts 5-7. Later in a Motion to Quash United States Attorney Lawrence K. Kole and Judge Alicemarie H. Stotler admit that the was a lender which did not provide Federal Jurisdiction; Long Beach City Mortgage. Stotler & Kole intentionally continued with the Plaintiff's

-3-

prosecution knowing that the Magistrate issuing the Search Warrant, the Grand Jury, and the Petit Jury were corruptly influenced and the Due administration of Justice was impeded by the actions of the Conviction Ring.

8. After obtaining the search warrant the Conviction Ring endeavored to obstruct and prevent the truthfull information regarding the falsities within the Search Warrant, the Falsities related to the Indictment, the falsities of the charges presented within the Court instructions to the Jury, the Falsities related to the 25 charges where there are no verdict forms, the Falsities regarding the sentencing and its related cover up by Judge Stotler, the striking of Plaintiff's opening brief after Lawrence Kole & Brett Sagel had already defaulted on behalf of the Government and the refusal to disclosed the true indictment signed by the Grand Jury related to the 25 counts presented to the Petit Jury; if it exists.

9. All of the individuals mentioned either directly participated, conspired, and or aided and abetted these predicate offenses which comprise the violation of Title 18, United States Codes, Section 1961 et seq.(RICO Act).

10. The Second amendment to the complaint adds DOES 1 and 35. DOE 1 is identified as Alicemarie H. Stotler. DOE 35 is identified as Alan J. Taylor. These two Defendants are currently being served.

11. The Third amendment is to the complaint's "PRAYER FOR RELIEF". It is to be modified by changing sub-paragraph "b" to read compensatory monetary damages against James M. Crawford for violation of the Plaintiff's Sixth Amendment Right and false imprisonment as specified in sub-paragraph g. Sub-paragraph "c" is changed to read compensatory monetary damages against Sean Kennedy for violation of the Plaintiff's Sixth Amendment Right and false imprisonment as specified in sub-paragraph "g". Sub-paragraph "d" is changed to read compensatory monetary damages against the State Bar of California for false imprisonment as specified in sub-paragraph g. Sub-paragraph "e" is changed to read compensatory monetary damages against the United States of America for false imprisonment as specified in sub-paragraph g. Sub-paragraph "f" is changed to read compensatory monetary damages against Alicemarie H. Stotler for violations of 18 USC §1961 et seq. as specified in sub-paragraph "g".

12. Sub-paragraph "g" is to read Plaintiff prays that all defendants be held jointly and severally responsible for compensatory monetary damages in the amount of One Hundred Million Dollars ($100,000,000.00) plus daily Per Diem for the time falsely imprisoned until imprisionment ends and any award of punitive damages that the jury will award consistent with the current state of the law relative to each defendant.

13. Sub-paragraph "h" is to read Plaintiff prays for any and all legal equitable relief that is legally provided for by common law or statutory law principles related to each defendant to include any injunctive and declaratory relief proven to be morally fair and constitutionally equitable.

Dated this 1st Day of September 2007

Signed: _____
James Davis Bennett/32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

## CERTIFICATE OF SERVICE

**CASE NAME:** James Davis Bennett v. James M. Crawford, Sean Kennedy, the State Bar of California, and the United States of America.

**CASE NUMBER:** 1:07-cv-01321

I certify that a copy of the "Notice of Motion and Motion to Amend Plaintiff's initial Pleadings Pursuant to Federal Rules of Civil Procedures Rule 15(a)" was served on the parties indicated below in a manner prescribed:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| James M. Crawford<br>528 N. Glassell<br>Orange, Ca. 92867 | US Mail | September 8, 2007 |
| Sean Kennedy<br>321 East 2nd Street<br>Los Angeles, Ca. 90012 | US Mail | September 8, 2007 |
| California Attorney General<br>1300 "I" Street<br>Sacremento, Ca. 94244-2550 | US Mail | September 8, 2007 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, DC 20530 | US Mail | September 8, 2007 |
| United States Attorney<br>501 3rd Street N.W.<br>Washington, DC 20001 | US Mail | September 8, 2007 |
| Alicemarie H. Stotler<br>411 W. Fourth Street<br>US Courthouse<br>Santa Ana, Ca. 92701 | US Mail | September 8, 2007 |
| Alan J. Taylor<br>1 Woodward Ave. Ste2400<br>Detroit, MI 48226 | US Mail | September 8, 2007 |

_____          9.5.07
James Davis Bennett                Dated