THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| James Davis Bennett,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>James M. Crawford, Sean Kennedy,<br>The State Bar of California,<br>The United States of America<br>and DOES 1-35 inclusive,<br><br>　　　　Defendants. | CASE NO.: 1:07-cv-01321<br><br>The Hon. Colleen Kollar-Kotelly<br><br>Correction of the "Motion for<br>Summary Judgment Pursuant to<br>Federal Rules of Civil Procedures<br>Rule 56(a)" |

### INTRODUCTION

1. Plaintiff filed a Motion for Summary Judgment. Since the filing of the motion the Plaintiff has moved the court to Amend his initial Pleadings. The corrections to the Motion for Summary Judgment contained herein reflect changes in the initial Pleadings made by the amendment requested by the Plaintiff.

### CORRECTIONS TO THE MOTION FOR SUMMARY JUDGMENT

2. The following are changes to sub-paragraphs "a" and "b" of paragraph 34 of the Motion for Summary Judgment:

　　　**add to "a":** ii. monetary compensatory relief of One Hundred Million Dollars or an amount consistent with applicable laws relative to the Defendants.

　　　**add to "b":** ii. monetary compensatory relief of One Hundred Million Dollars or an amount consistent with applicable laws relative to the Defendants.

-1-

**END OF CORRECTIONS**

      Dated this 5th Day of September 2007,

      Signed: _____
              James Davis Bennett/32589-112
              FCI Safford
              P.O. Box 9000
              Safford, AZ 85548

## CERTIFICATE OF SERVICE

**CASE NAME:** James Davis Bennett v. James M. Crawford, Sean Kennedy, the State Bar of California, and the United States of America.

**CASE NUMBER:** 1:07-cv-01321

I certify that a copy of the "Correction of the "Motion for Summary Judgment Pursuant to Federal Rules of Civil Procedures Rule 56(a)"" was served on the parties indicated below in a manner prescribed:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| James M. Crawford<br>528 N. Glassell<br>Orange, Ca. 92867 | US Mail | September 8, 2007 |
| Sean Kennedy<br>321 East 2nd Street<br>Los Angeles, Ca. 90012 | US Mail | September 8, 2007 |
| California Attorney General<br>1300 "I" Street<br>Sacremento, Ca. 94244-2550 | US Mail | September 8, 2007 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, DC 20530 | US Mail | September 8, 2007 |
| United States Attorney<br>501 3rd Street N.W.<br>Washington, DC 20001 | US Mail | September 8, 2007 |
| Alicemarie H. Stotler<br>411 W. Fourth Street<br>US Courthouse<br>Santa Ana, Ca. 92701 | US Mail | September 8, 2007 |
| Alan J. Taylor<br>1 Woodward Ave. Ste 2400<br>Detroit, MI 48226 | US Mail | September 8, 2007 |

_____         9·5·07
James Davis Bennett               Dated