## CERTIFICATE OF SERVICE

I certify that the Motion for Extension of Time and Order previously filed in case number Civ. No. 07-1321 (CKK), Bennett v. Crawford, was served on Defendant United States of America by depositing a copy of it in the United States Mail, addressed to:

LAURIE J. WEINSTEIN
Assistant United States Attorney
555 Fourth Street, N.W., Room E4820
Washington, D.C. 20530


on this 17th day of September, 2007.

_____/s/_____
Maria A. Garza