UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. BENNETT,  :  <br>  :  <br> Plaintiff,  :  <br> v.  :  <br>  :  <br> JAMES M. CRAWFORD, *et al.*,  :  <br>  :  <br> Defendants.  :  | Civil Action No. 07-1321 (CKK) |

## ORDER

The United States of America moves to dismiss the complaint.  Because a ruling on the motion potentially could dispose of this case, the Court hereby advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court.  *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to the motion.  Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b).  In addition, plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure, which provides:

> Whenever a party must or may act within a prescribed period after service and service is made under Rule 5(b)(2)(B), (C), or (D), 3 days are added after the prescribed period would otherwise expire under subdivision (a).

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

      Accordingly, it is hereby

      ORDERED that, on or before **October 19, 2007**, plaintiff shall file his opposition or other response to the United States' motion. If plaintiff fails to respond timely, the Court may grant the motion as conceded and may dismiss the complaint.

      SO ORDERED.

                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge

Date: