1  JAMES M. CRAWFORD (CSB #171713)
   Attorney at Law
2  528 North Glassell
   Orange, California 92867
3  Telephone (714) 288-0180
   Fax (714) 288-0998
4

5  Attorney for Defendant
   JAMES M. CRAWFORD

**RECEIVED**

**SEP 1 3 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES M. CRAWFORD; SEAN KENNEDY, THE STATE BAR OF CALIFORNIA, THE UNITED STATES OF AMERICA and DOES 1-35 Inclusive,<br>    Defendants. | Case No. 1: 07-CV-01321<br><br>PETITION FOR PRO SE ECF LOG IN NUMBER AND DECLARATION OF JAMES M. CRAWFORD IN SUPPORT THEREOF<br><br>The Honorable Colleen Kollar-Kotelly |

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY:

Defendant James M. Crawford hereby moves the court for a pro se ECF Log in account number. This application will be based on the attached Declaration of James M. Crawford.

Dated: September 11, 2007

By: _____
    JAMES M. CRAWFORD

**ORIGINAL**

JAMES M. CRAWFORD (CSB #171713)
Attorney at Law
528 North Glassell
Orange, California 92867
Telephone (714) 288-0180
Fax (714) 288-0998

Attorney for Defendant
JAMES M. CRAWFORD

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT,<br><br>          Plaintiff,<br><br>vs.<br><br>JAMES M. CRAWFORD; SEAN KENNEDY, THE STATE BAR OF CALIFORNIA, THE UNITED STATES OF AMERICA and DOES 1-35 Inclusive,<br>          Defendants. | Case No. 1: 07-CV-01321<br><br>**DECLARATION OF JAMES M. CRAWFORD**<br><br>The Honorable Colleen Kollar-Kotelly |

I, JAMES M. CRAWFORD, HEREBY STATE AND DECLARE AS FOLLOWS:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California, the Central, Northern, Southern, and Eastern Districts of California, the Ninth Circuit Court of Appeal, and the United States Supreme Court..

2. I am readily familiar with the contents of this declaration and if called to testify, I could testify to the facts contained herein.

3. I am informed and believe I have been named a defendant in the above action.

4. I have not been personally served with a copy of the summons and complaint in the above action nor has substitute service been effectuated.

5. I am a CJA panel attorney that was appointed to represent plaintiff in a pending criminal appeal in the Ninth Circuit Court of Appeal.

6. As CJA counsel, I was required to and I have attended full ECF training in the Central District of California and have a password in the Central District. I am informed and believe that to file any documents in this civil matter, I will need a new ECF password for this Court.

I hereby state and declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on September 11, 2007 at Orange, California.

Dated: September 11, 2007

By: _____

JAMES M. CRAWFORD

3

```
 1 | JAMES M. CRAWFORD (CSB #171713)
   | Attorney at Law
 2 | 528 North Glassell
   | Orange, California 92867
 3 | Telephone (714) 288-0180
   | Fax (714) 288-0998
 4 |
 5 | Attorney for Defendant
   | JAMES M. CRAWFORD
 6 |
```

RECEIVED
SEP 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT, | Case No. 1: 07-CV-01321 |
| Plaintiff, | ORDER [Proposed] |
| vs. | |
| JAMES M. CRAWFORD; SEAN KENNEDY, THE STATE BAR OF CALIFORNIA, THE UNITED STATES OF AMERICA and DOES 1-35 Inclusive, | The Honorable Colleen Kollar-Kotelly |
| Defendants. | |

GOOD CAUSE APPEARING:

It is hereby ordered that defendant James M. Crawford be assigned a pro se ECF Log in account number.

Dated:

By: _____

The Honorable Colleen Kollar-Kotelly