September 14, 2007

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001



RECEIVED
SEP 24 2007
NANCY MA... ...NGTON, CLERK
U.S. DISTRICT COURT

Reference: Freedom of Information Request
regarding Case No. 1:07-cv-01321

Dear Sir/Madame,

Pursuant to Title 5 U.S.C. Section 552 and all other relevant sections and parts thereof; I the undersigned, also identified below in the signature section herein, hereby respectfully request the following filed stamp documents related to the above case:

1. Production of Three Grand Jury Signed Indictments and related Ballots for each & other Documents Pursuant to FRCVP Rule 26(b)(1), Request for Admissions Pursuant to FRCVP Rule 36(a), Notice of Motion and Motion to Amend Plaintiff's initial Pleadings Pursuant to Federal Rules of Civil Procedures Rule 15(a), Corrections to Motion for Summary Judgment, and Writ of Mandamus.

The documents identified above were mailed to you certified US Mail return receipt. They have yet to be indicated as being filed.

If there are applicable rules and regulations governing your agency in such matters and request(s), please forward them to me so that I may comply with them per the Freedom of Information Act of 1974.

If for any reason the above requested information is deemed to be privileged or exempt under the Freedom of Information Act please specify the Statutory reason for the exemption, the name and title of the person or persons making the decision to withhold the material.

The Freedom of Informaiton Act also provides that if only portions of a file are exempt the remainder must be released. I also reserve the right to appeal for the withholding, deletion or exemption of any portions of the materials requested herein.

Per the regulations and rules of the Freedom of Informaiton Act of 1974 your agency has (20) working days to respond to this request. In the event I do not receive your response in the time period prescribed by the rules of the Act. I will deem this formal request denied, and will seek judicial remedy.

Thanks in Advance,

James Davis Bennett/Reg#32589-112, FCI Safford, P.O. Box 9000 Safford, AZ 85548