1  JAMES M. CRAWFORD (CSB #171713)
   Attorney at Law
2  528 North Glassell
   Orange, California 92867
3  Telephone (714) 288-0180
   Fax  (714) 288-0998
4

5  Attorney for Defendant
   JAMES M. CRAWFORD
6

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT, | Case No. 1: 07-CV-01321 |
| Plaintiff, | ORDER [Proposed] |
| vs. | |
| JAMES M. CRAWFORD; SEAN KENNEDY, THE STATE BAR OF CALIFORNIA, THE UNITED STATES OF AMERICA and DOES 1-35 Inclusive, | The Honorable Colleen Kollar-Kotelly |
| Defendants. | |

GOOD CAUSE APPEARING:

It is hereby ordered that defendant James M. Crawford be assigned a pro se ECF Log in account number.

Dated: Oct 10, 2007

By: _____

The Honorable Colleen Kollar-Kotelly