THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James Davis Bennett,<br><br>  Plaintiff,<br><br>vs.<br><br>James M. Crawford, Sean Kennedy,<br>The State Bar of California,<br>The United States of America,<br>and DOES 1-35 inclusive,<br><br>  Defendants. | CASE NO.: 1:07-cv-01321<br><br>The Hon. Colleen Kollar-Kotelly<br><br>Motion to Have the Court Order all Defendants serve filed Documents on Plaintiff pursuant to FRCVP Rule 5(a)(b) |

**RECEIVED**

OCT - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### INTRODUCTION

1. Plaintiff received order from the court dated September 19, 2007 requiring the Plaintiff to respond to a Motion Filed on behalf of the United States Government which the Plaintiff has not been served pursuant to FRCVP Rule 5(a)(b). The Government has violated Title 18, USC, § 1001(a)(2)(3) by filing a false service indicating they have served the Plaintiff with the documents referenced in the Court's order Dated September 19, 2007. Plaintiff respectfully request the Court issue an order to all Defendants to serve Plaintiff with all documents to be reviewed by the Court.

Dated this 2nd Day of October 2007,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

# CERTIFICATE OF SERVICE

**CASE NAME:** James Davis Bennett v. James M. Crawford, et al.

**CASE NUMBER:** 1:07-cv-01321

I certify that a copy of the "Motion to have the court order all Defendants serve filed documents on Plaintiff pursuant to FRCVP Rule 5(a)(b)" was served on the parties indicated below in a manner prescribed:

| PARTY SERVED | METHOD SERVED | DATE SERVED |
|---|---|---|
| James M. Crawford<br>528 N. Glassell<br>Orange, Ca. 92867 | US Mail | 10-8-07 |
| Sean Kennedy<br>321 East 2nd Street<br>Los Angeles, Ca. 90012 | US Mail | 10-8-07 |
| California Attorney General<br>1300 "I" Street<br>Sacremento, Ca. 94244-2550 | US Mail | 10-8-07 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | US Mail | 10-8-07 |
| United States Attorney<br>501 3rd Street NW<br>Washington, DC 20001 | US Mail | 10-8-07 |
| Alicemarie H. Stotler<br>411 W. Fourth Street<br>US Courthouse<br>Santa Ana, Ca. 92701 | US Mail | 10-8-07 |
| Alan J. Taylor<br>1 Woodward Ave. Ste 2400<br>Detroit, MI 48226 | US Mail | 10-8-07 |

_____
James Davis Bennett

10-3-07
Dated