UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES DAVID BENNETT,** | ) Civil Action No. 07-1321(CKK) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **JAMES M. CRAWFORD,** | ) |
| **SEAN KENNEDY,** | ) |
| **STATE BAR OF CALIFORNIA and** | ) |
| **DOES 1-34, Inclusive,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

(CORRECTED) CERTIFICATE OF SERVICE FOR
MOTION TO DISMISS

Attached hereto please find the corrected certificate of service for the Motion to Dismiss e-filed by Federal Public Defender for the Central District Sean K. Kennedy on November 15, 2007.

                                              Respectfully submitted,

                                              SEAN K. KENNEDY
                                              Federal Public Defender

DATED: November 15, 2007        By        /s/
                                                          Gail Ivens (California State Bar No. 116806)
                                                          Deputy Federal Public Defender
                                                          321 East 2nd Street
                                                          Los Angeles, California 90012
                                                          (213) 894-5022

## (CORRECTED) CERTIFICATE OF SERVICE

I certify that the Motion to Dismiss e-filed on behalf of defendant Sean K. Kennedy on today's date was served on plaintiff by depositing a copy of it in the United States Mail, addressed to:

JAMES DAVIS BENNETT
R32589-112
SAFFORD
Medium 1
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 9000
SAFFORD, AZ 85548

JAMES M. CRAWFORD
528 North Glassell
Orange, CA 92867

on this 15th day of November, 2007.

_____
Maria A. Garza