1  JAMES M. CRAWFORD (CSB #171713)                No Appearance Necessary
   Attorney at Law
2  528 North Glassell
   Orange, California 92867
3  Telephone (714) 288-0180
   Fax (714) 288-0998
4
                              RECEIVED
5  Specially Appearing in pro per
                              NOV 2 6 2007
6
7                   NANCY MAYER WHITTINGTON, CLERK
                          U.S. DISTRICT COURT
8           UNITED STATES DISTRICT COURT

9           FOR THE DISTRICT OF COLUMBIA

10

11 JAMES DAVIS BENNETT,                )    **Case No.** 1: 07-CV-01321
                                       )
12          Plaintiff,                 )    **MOTION TO QUASH SERVICE OR;**
                                       )    **ALTERNATIVELY LIMITED JOINDER**
13 vs.                                 )    **IN MOTION TO DISMISS UNDER**
                                       )    **FRCP 12 (b) (1) AND (6);**
14 JAMES M. CRAWFORD; SEAN             )    **MEMORANDUM OF POINTS AND**
   KENNEDY, THE STATE BAR OF           )    **AUTHORITIES AND DECLARATION**
15 CALIFORNIA, THE UNITED STATES       )    **OF JAMES CRAWFORD IN SUPPORT**
   OF AMERICA and DOES 1-35            )    **THEREOF**
16 Inclusive,                          )
            Defendants.                )
17 _____)   The Honorable Colleen Kollar-Kotelly

18

19          TO JAMES DAVIS BENNETT:

20          YOU WILL TAKE NOTICE that defendant James M. Crawford specially appearing for

21 the presentation of this motion will move the court for an order quashing service of the

22 complaint. This motion will be made on the grounds that the plaintiff has failed to properly

23 effectuate personal service on defendant in violation of Federal Rules of Civil Procedure, Rule

24 4. Alternatively, defendant seeks to make a limited special appearance for the purpose of joining

25 in defendant Sean Kennedy's Motion to Dismiss under Federal Rules of Civil Procedure, rule

26 12 (b) (1) and (6).

27          Said motion shall also be based on this Notice, the attached Memorandum of Points and

28 Authorities, the records and files herein, and upon such oral and documentary evidence as may

                              *ORIGINAL*

1  be presented at a hearing on this motion.

2  Dated: November 21, 2007

3                                                   By:    _____/s/_____

4                                                          JAMES M. CRAWFORD

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | JAMES M. CRAWFORD (CSB #171713)
Attorney at Law
2 | 528 North Glassell
Orange, California 92867
3 | Telephone (714) 288-0180
Fax (714) 288-0998
4

5 | Specially Appearing in pro per

6

7 | **UNITED STATES DISTRICT COURT**

8 | **FOR THE DISTRICT OF COLUMBIA**

9

10 | JAMES DAVIS BENNETT,                    )     **Case No.** 1: 07-CV-01321
                                                        )
11 |         Plaintiff,                                   )     **MEMORANDUM OF POINTS AND**
                                                        )     **AUTHORITIES**
12 | vs.                                                   )
                                                        )
13 | JAMES M. CRAWFORD; SEAN        )
     KENNEDY, THE STATE BAR OF       )
14 | CALIFORNIA, THE UNITED STATES )     The Honorable Colleen Kollar-Kotelly
     OF AMERICA and DOES 1-35           )
15 | Inclusive,                                          )
                 Defendants.                      )
16 | _____ )

17

18 |                                        **I.**

19 |                              **INTRODUCTION**

20 |          A complaint was filed in the United States District Court for the District of Columbia

21 | naming defendant Crawford along with defendants Sean Kennedy, the State Bar of California,

22 | and the United States of America, seeking injunctive and monetary relief.  A summons was

23 | issued on July 24, 2007.  Plaintiff has not properly served defendant Crawford with a copy of

24 | the summons and complaint pursuant to Federal Rules of Civil Procedure, rule 4.   In an

25 | "Affidavit of Proof of Service" dated August 28, 2007, plaintiff alleges without any proof, "As

26 | a note; Defendant James M. Crawford or his authorized agent received the summons and

27 | complaint, refused to accept it, and returned it open." (Exhibit A.)  The defense has not been

28 | properly served with a copy of the summons and complaint in accord with Federal Rules of Civil

1  Procedure, rule 4.  Therefore, it would be proper for this Court to enter an order quashing any
2  purported service on defendant Crawford.

## II.

### A PLAINTIFF MUST SERVE A DEFENDANT PERSONALLY WITH A COPY OF THE SUMMONS AND COMPLAINT UNLESS THERE IS AN EXPLICIT AGREEMENT TO WAIVE SERVICE

Federal Rules of Criminal Procedure, rule 4 provides in relevant part:

**(c) Service.**

(1) *In General.* A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

(2) *By Whom.* Any person who is at least 18 years old and **not a party** may serve a summons and complaint.

.. . .

**(e) Serving an Individual Within a Judicial District of the United States.** Unless federal law provides otherwise, an individual--other than a minor, an incompetent person, or a person whose waiver has been filed--may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

(2) doing any of the following:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

4

In this case, plaintiff has failed to personally serve defendant Crawford in accord with Rule 4. Plaintiff indicates he mailed a copy to Crawford's office and Crawford refused to accept it. That is not proper service. Unless otherwise agreed upon, plaintiff is obligated to serve the defense personally. That has not been done in this case. As plaintiff has admittedly failed to personally serve defendant Crawford, any purported service on Crawford must be quashed.

Further, in violation of Rule 4 (c) (2), plaintiff has personally sought to deliver copies of the summons and complaint to each of the parties to this action. Such actions by plaintiff are contrary to rule 4 (c) (2) and any purported service is null and void.

## III.

## NOTICE OF JOINDER

Alternatively, defendant seeks to make a limited special appearance for the limited purpose of joining in defendant Sean Kennedy's Motion to Dismiss under Federal Rules of Civil Procedure, rule 12 (b) (1) and (6).

## IV.

## CONCLUSION

For all of the above reasons, any alleged service on Crawford is invalid and must be quashed. Alternatively, the matter should be dismissed under Federal Rules of Civil Procedure, rule 12 (b) (1) and (6).

Dated: November 21, 2007

By: _____/s/_____
JAMES M. CRAWFORD
In pro per

5

1  JAMES M. CRAWFORD (CSB #171713)
   Attorney at Law
2  528 North Glassell
   Orange, California 92867
3  Telephone (714) 288-0180
   Fax (714) 288-0998
4

5  Specially Appearing in pro per

6

7

8                    UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF COLUMBIA

10

11  JAMES DAVIS BENNETT,                    )    **Case No.** 1: 07-CV-01321
                                            )
12              Plaintiff,                  )    **DECLARATION OF JAMES M.**
                                            )    **CRAWFORD**
13  vs.                                     )
                                            )
14  JAMES M. CRAWFORD; SEAN                 )
    KENNEDY, THE STATE BAR OF               )
15  CALIFORNIA, THE UNITED STATES           )    The Honorable Colleen Kollar-Kotelly
    OF AMERICA and DOES 1-35                )
16  Inclusive,                              )
                Defendants.                 )
17  _____ )

18

19

20       I, JAMES M. CRAWFORD, HEREBY STATE AND DECLARE AS FOLLOWS:

21       1. I am an attorney at law duly licensed to practice before all of the courts of the State

22  of California.

23       2. I am readily familiar with the contents of this declaration and if called to testify, I

24  could testify to the facts contained herein.

25       3. I am informed and believe I have been named a defendant in the above action.

26       4. I have not been personally served with a copy of the summons and complaint in the

27  above action nor has substitute service been effectuated.

28       I hereby state and declare under penalty of perjury under the laws of the State of

                                            6

1  California that the forgoing is true and correct.  Executed on September 10, 2007 at Orange,

2  California.

3  Dated: November 21, 2007

4              By:    _____/s/_____

5                     JAMES M. CRAWFORD

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

**Exhibit A**

THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James Davis Bennett, ) | CASE No.: 1:07-cv-01321 |
| ) | |
| Plaintiff, ) | The Hon. Colleen Kollar-Kotelly |
| ) | |
| vs. ) | Affidavit of Proof of Service |
| ) | Pursuant to FRCVP Rule 4(i). |
| James M. Crawford, Sean Kennedy, ) | |
| The State Bar of California, ) | |
| The United States of America ) | |
| and DOES 1-35 inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## AFFIDAVIT OF PROOF OF SERVICE

1. I James Davis Bennett do hereby declare that I have effected service upon James M. Crawford, Sean Kennedy, The State Bar of California, and The United States of America in a manner prescribed pursuant to Federal Rules of Civil Procedures Rule 4(i)(1)(A)&(B) and Rule 4(i)(2)(A).

2. Copies of receipts of service are available upon request from any of the parties to this action.

3. As a note; Defendant James M. Crawford or his authorized agent received the summons and complaint, refused to accept it, and returned it opened.

Dated this 28th Day of August 2007

Signed: _____
James Davis Bennett

## CERTIFICATE OF SERVICE

**CASE NAME:** James Davis Bennett v. James M. Crawford, Sean Kennedy, The State Bar of California, and the United States of America.

**CASE NUMBER:** 1:07-cv-01321

I certify that a copy of the "Affidavit of Proof of Service" was served on the parties indicated below in a manner prescribed:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| James M. Crawford<br>528 N. Glassell<br>Orange, Ca. 92867 | US Mail | 9.9.07 |
| Sean Kennedy<br>321 East 2nd Street<br>Los Angeles, Ca. 90012 | US Mail | 9.9.07 |
| California Attorney General<br>1300 "I" Street<br>Sacremento, Ca. 94244-2550 | US Mail | 9.9.07 |
| United States Attorney<br>General<br>Department of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, DC 20530 | US Mail | 9.9.07 |
| United States Attorney<br>501 3rd Street N.W.<br>Washington, DC 20001 | US Mail | 9.9.07 |

James Davis Bennett

9.2.07
Date

1    JAMES M. CRAWFORD (CSB #171713)       No Appearance Necessary
Attorney at Law
2    528 North Glassell
Orange, California 92867
3    Telephone (714) 288-0180
Fax  (714) 288-0998
4

5    Specially Appearing in pro per

6

7

8                  **UNITED STATES DISTRICT COURT**

9               **FOR THE DISTRICT OF COLUMBIA**

10

11    JAMES DAVIS BENNETT,       )    **Case No.** 1: 07-CV-01321

12            Plaintiff,         )    **PROOF OF SERVICE** BY MAIL

13    vs.                         )

14    JAMES M. CRAWFORD; SEAN      )
KENNEDY, THE STATE BAR OF     )
15    CALIFORNIA, THE UNITED STATES )
OF AMERICA and DOES 1-35       )
16    Inclusive,                         )
            Defendants.        )
17    _____ )    The Honorable Colleen Kollar-Kotelly

18

19        I, Angela Mestre, declare:

20        That I am a citizen of the United States and a resident of Orange County,

21    California; that my business address is 528 North Glassell, Orange, California 92867;

22    that I am over the age of 18 years, and am not a party to the referenced action; that on

23    November 21, 2007 I deposited in the United States mails in Orange, California, in

24    this action; in an envelope bearing the requisite postage, a copy of:

25        **NOTICE OF MOTION AND MOTION TO QUASH SERVICE OR**

26    **ALTERNATIVELY LIMITED JOINDER IN MOTION TO DISMISS UNDER  FRCP**

27    **12 (b) (1) AND (6);  MEMORANDUM OF POINTS AND AUTHORITIES AND**

28    **DECLARATION OF JAMES CRAWFORD IN SUPPORT THEREOF**

8

1  addressed to:

2  JAMES DAVIS BENNETT
   R32589-112
3  SAFFORD
   Medium 1
4  FEDERAL CORRECTIONAL INSTITUTION
   Inmate Mail/Parcels
5  P.O. BOX 9000
   SAFFORD, AZ 85548

6

7  LAURIE J. WEINSTEIN
   UNITED STATES ATTORNEY'S OFFICE
8  555 4th Street, NW
   E4820
9  Washington, DC 20530

10 Gail Ivens (California State Bar No. 116806)
   Deputy Federal Public Defender
11 321 East 2nd Street
   Los Angeles, California 90012
12 (213) 894-5022

13

14 at their last known address, at which place there is a delivery service by United States

15 mail.  I declare under penalty of perjury that the foregoing is true and correct.

16 Dated: November 21, 2007

17

18                                         _Angela Mestre_ (signature)

19                                         Angela Mestre

20

21

22

23

24

25

26

27

28

9