# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5331**                                    **September Term, 2007**

07cv01321 CKK

Filed On:

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED  NOV 1 4 2007
>
> CLERK

In re: James Davis Bennett,
     Petitioner

**BEFORE:**    Sentelle, Randolph, and Brown, Circuit Judges

### O R D E R

Upon consideration of motion for leave to proceed in form pauperis; and the petition for writ of mandamus, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. Petitioner has not shown a "clear and indisputable" right to mandamus relief. Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988). Petitioner seeks to compel the district court to file certain pleadings allegedly submitted to the district court in September 2007. At this time, neither the docket nor the electronic case file for Civil Action No. 07-1321 reflects that the referenced pleadings were filed or received by the district court for filing. Because it appears the district court has no record of the pleadings, no relief is warranted form this court, and the proper place for petitioner to pursue this claim is in the district court.

The Clerk is directed to transmit a copy of the petition for mandamus, which contains a copy of the pleadings, to the district court.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**