THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| James Davis Bennett, ) | CASE NO.: 1:07-cv-01321 |
| Plaintiff, ) | The Hon. Colleen Kollar-Kotelly |
| vs. ) | Submission to the Clerk of The Court for filing of Affidavit in Support of Default, Default, and Default Judgment as Mandated by Federal Rules of Civil Procedures Rule 55(a) & 55(b)(1); Filing under 28 USC 951-Clerk's Sworn Duties. |
| James M. Crawford, et al. ) | |
| Defendants. ) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT

*[handwritten note: Leave to file motion for default granted as noted. Judge C Kollar-Kotelly 12/10/07]*

1. I James Davis Bennett do hereby declare that I have effected service upon Defendant James M. Crawford in a manner prescribed pursuant to Federal Rules of Civil Procedures Rule 4 and California Code of Civil Procedures Section 415.20 and that the Defendant herein named has failed to serve an answer to the Pleadings within the time mandated by Federal Rules of Civil Procedures Rule 12(a) therefore I submit to the Clerk of the above Court for filing of this Affidavit in Support of Default, the Default, and the Default Judgment. Judgment Amount is One Hundred Million Dollars.

Verified this 1st Day of November 2007,
Signed: _____
        James Davis Bennett

-1-

**DEFAULT**

2. Federal Rules of Civil Procedures Rule 55(a) mandates that "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

3. As supported by the Affidavit appearing in paragraph one the Defendant has failed to plead or defend therefore the Plaintiff submits this default for filing to indicate that the Defendant has failed to plead or defend to Plaintiff's Complaint and therefore stands in default this 1st Day of November 2007.

**DEFAULT JUDGMENT**

4. Federal Rules of Civil Procedures Rule 55(b)(1) mandates that a Judgment by default may be entered "By the Clerk". "When the Plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the Plaintiff and upon affidavit of the amount due shall enter judgment for that amount and cost against the defendant, if the defendant has been defaulted for failure to

appear and is not an infant or incompetent person.

5. The Defendant is not an infant or an incompetent person therefore Plaintiff James Davis Bennett requests the Clerk of the Court file this Default Judgment in the amount of One Hundred Million Dollars in favor of the Plaintiff as is supported by the Affidavit presented in paragraph one above.

Dated this 1st Day of November 2007,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

## CERTIFICATION OF SERVICE

**CASE NO.:** 1:07-cv-01321

**CASE NAME:** James Davis Bennett vs. James M. Crawford, et al.

I certify that a copy of the "Submission to the Clerk of The Court for filing of Affidavit in Support of Default, Default, and Default Judgment as Mandated by Federal Rules of Civil Procedures Rule 55(a) & 55(b)(1); Filing under 28 USC 951-Clerk's Sworn Duties" was served on the parties indicated below in a manner prescribed:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| James M. Crawford<br>528 N. Glassell<br>Orange, Ca. 92867 | US Mail | 11-5-07 |
| Sean Kennedy<br>321 East 2nd Street<br>Los Angeles, Ca. 90012 | US Mail | 11-5-07 |
| California Attorney General<br>1300 "I" Street<br>Sacremento, Ca. 94244-2550 | US Mail | 11-5-07 |
| Laurie J. Weinstein<br>Assistant United States Attny<br>555 Fourth Street, N.W., RoomE4820<br>Washington, D.C. 20530 | US Mail | 11-5-07 |

_____          11·5·07
James Davis Bennett                       Date