JAMES M. CRAWFORD (CSB #171713)        No Appearance Necessary
Attorney at Law
528 North Glassell
Orange, California 92867
Telephone (714) 288-0180
Fax  (714) 288-0998

Specially Appearing in pro per

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT, | Case No. 1: 07-CV-01321 |
| Plaintiff, | **OPPOSITION TO MOTION FOR DEFAULT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JAMES CRAWFORD IN SUPPORT THEREOF** |
| vs. | |
| JAMES M. CRAWFORD; SEAN KENNEDY, THE STATE BAR OF CALIFORNIA, THE UNITED STATES OF AMERICA and DOES 1-35 Inclusive, | |
| Defendants. | The Honorable Colleen Kollar-Kotelly |

TO JAMES DAVIS BENNETT:

Defendant James M. Crawford hereby makes a special appearance and submits the attached Memorandum of Points and Authorities and Declaration of James Crawford in opposition to the motion for entry of default.

This opposition is made on the grounds that plaintiff failed to properly serve defendant under Federal Rules of Civil Procedure, rule 4. Further, this motion is made on the grounds that notwithstanding such deficient service, defendant has appeared in this matter by the filing of a motion to quash service and for joinder in co-defendant Sean Kennedy's Motion to Dismiss under Federal Rules of Civil Procedure, rule 12 (b) (6).

Said opposition shall also be based on this notice, the attached Memorandum of Points and Authorities and Declaration of James M. Crawford, the records and files herein, and upon

1
2  such oral and documentary evidence as may be presented at a hearing on this motion.
3
4  Dated: January 2, 2008
5                                          By:    _____/s/_____
6                                                 JAMES M. CRAWFORD
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JAMES M. CRAWFORD (CSB #171713)
Attorney at Law
528 North Glassell
Orange, California 92867
Telephone (714) 288-0180
Fax  (714) 288-0998

Specially Appearing in pro per

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES DAVIS BENNETT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES M. CRAWFORD; SEAN KENNEDY, THE STATE BAR OF CALIFORNIA, THE UNITED STATES OF AMERICA and DOES 1-35 Inclusive,<br>　　　　Defendants.<br>_____ | **Case No.** 1: 07-CV-01321<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES**<br><br><br>The Honorable Colleen Kollar-Kotelly |

**I.**

**INTRODUCTION**

　　A complaint was filed in the United States District Court for the District of Columbia naming defendant Crawford along with defendants Sean Kennedy, the State Bar of California, and the United States of America, seeking injunctive and monetary relief. A summons was issued on July 24, 2007. Plaintiff has not properly served defendant Crawford with a copy of the summons and complaint pursuant to Federal Rules of Civil Procedure, rule 4. In an "Affidavit of Proof of Service" dated August 28, 2007, plaintiff alleges without any proof, "As a note; Defendant James M. Crawford or his authorized agent received the summons and complaint, refused to accept it, and returned it open." (Exhibit A.) The defense has not been properly served with a copy of the summons and complaint in accord with Federal Rules of Civil

3

1  Procedure, rule 4.

2  On November 15, 2007, defendant Sean Kennedy filed a motion to dismiss the complaint
3  under rule 12 (b) (6).

4  A motion to quash service and joinder in defendant Sean Kennedy's motion to dismiss
5  under Rule 12 (b) (6) was filed by defendant on November 28, 2007. Neither motion has been
6  ruled on. Therefore, it would not be proper for this Court to enter a default against defendant
7  Crawford.

8

9  **II.**

10  **A PLAINTIFF MUST SERVE A DEFENDANT PERSONALLY WITH A COPY OF THE SUMMONS AND COMPLAINT UNLESS THERE IS AN**
11  **EXPLICIT AGREEMENT TO WAIVE SERVICE**

12  Federal Rules of Criminal Procedure, rule 4 provides in relevant part:

13  **(c) Service.**

14  (1) *In General.* A summons must be served with a copy of the complaint. The
15  plaintiff is responsible for having the summons and complaint served within the
16  time allowed by Rule 4(m) and must furnish the necessary copies to the person
17  who makes service.

18  (2) *By Whom.* Any person who is at least 18 years old and **not a party** may serve
19  a summons and complaint.

20  .. . .

21  **(e) Serving an Individual Within a Judicial District of the United States.**
22  Unless federal law provides otherwise, an individual--other than a minor, an
23  incompetent person, or a person whose waiver has been filed--may be served in
24  a judicial district of the United States by:

25  (1) following state law for serving a summons in an action brought in courts of
26  general jurisdiction in the state where the district court is located or where service
27  is made; or

28  (2) doing any of the following:

(A) delivering a copy of the summons and of the complaint to the individual personally;

(B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

In this case, plaintiff has failed to personally serve defendant Crawford in accord with Rule 4. Plaintiff indicates he mailed a copy to Crawford's office and Crawford refused to accept it. That is not proper service. Unless otherwise agreed upon, plaintiff is obligated to serve the defense personally. That has not been done in this case. As plaintiff has admittedly failed to personally serve defendant Crawford, any purported service on Crawford was invalid. Accordingly, a default cannot be entered.

### III.

**SINCE CRAWFORD HAS APPEARED TO QUASH SERVICE OF THE COMPLAINT AND FOR THE PURPOSE OF JOINING IN SEAN KENNEDY'S MOTION TO DISMISS, A DEFAULT CANNOT BE ENTERED AGAINST HIM**

Rule 55 of the Federal Rules of Civil Procedure provides for entry of a judgment by default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules." Fed.R.Civ.P. 55(a).

Rule 55(a) of the Federal Rules of Civil Procedure provides that a clerk may enter a default upon being advised by affidavit that a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend. *Hodges v. Jones,* 873 F.Supp. 737 (N.D.N.Y.1995); *Enron Oil Corp. v. Diakuhara,* 10 F.3d 90 (2d Cir.1993); *In re Men's Sportswear, Inc.,* 834 F.2d 1134 (2d Cir.1987).

In this case, defendant Crawford has both filed a motion to quash service of the complaint because it was not properly served and he joined in defendant Kennedy's motion to dismiss under Rule 12 (b) (6). Therefore, Crawford has filed a responsive pleading and it would be

5

1  inappropriate for this Court to enter a default as requested by the plaintiff.  Therefore, plaintiff's
2  motion for entry of default must be denied.

## IV.
## CONCLUSION

For all of the above reasons, plaintiff's motion for default must be denied.

Dated: January 2, 2008

By: _____/s/_____

JAMES M. CRAWFORD

In pro per

```
1  JAMES M. CRAWFORD (CSB #171713)
   Attorney at Law
2  528 North Glassell
   Orange, California 92867
3  Telephone (714) 288-0180
   Fax  (714) 288-0998
4

5  Specially Appearing in pro per

6

7

8                    UNITED STATES DISTRICT COURT

9                     FOR THE DISTRICT OF COLUMBIA

10

11 JAMES DAVIS BENNETT,              )   Case No. 1: 07-CV-01321
                                     )
12         Plaintiff,                )   DECLARATION OF JAMES M.
                                     )   CRAWFORD
13 vs.                               )
                                     )
14 JAMES M. CRAWFORD; SEAN           )
   KENNEDY, THE STATE BAR OF         )
15 CALIFORNIA, THE UNITED STATES     )   The Honorable Colleen Kollar-Kotelly
   OF AMERICA and DOES 1-35          )
16 Inclusive,                        )
           Defendants.               )
17 _____   )

18
```

I, JAMES M. CRAWFORD, HEREBY STATE AND DECLARE AS FOLLOWS:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California.

2. I am readily familiar with the contents of this declaration and if called to testify, I could testify to the facts contained herein.

3. I am informed and believe I have been named a defendant in the above action.

4. I have not been personally served with a copy of the summons and complaint in the above action nor has substitute service been effectuated.

5. On November 28, 2007, I filed a motion to quash service and a limited joinder in

defendant Sean Kennedy's motion to dismiss under Rule 12 (b) (6). To my knowledge, neither my motion nor my joinder has yet been ruled on by this Court. For that reason, an answer has not yet been filed.

    I hereby state and declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on January 2, 2008 at Orange, California.

Dated: January 2, 2008

                                       By:    _____/s/_____
                                            JAMES M. CRAWFORD

JAMES M. CRAWFORD (CSB #171713)   No Appearance Necessary
Attorney at Law
528 North Glassell
Orange, California 92867
Telephone (714) 288-0180
Fax  (714) 288-0998

Specially Appearing in pro per

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT, ) | **Case No.** 1: 07-CV-01321 |
| Plaintiff, ) | **PROOF OF SERVICE** BY MAIL |
| vs. ) | |
| JAMES M. CRAWFORD; SEAN ) KENNEDY, THE STATE BAR OF ) CALIFORNIA, THE UNITED STATES ) OF AMERICA and DOES 1-35 ) Inclusive, ) | |
| Defendants. ) | |
| _____ ) | The Honorable Colleen Kollar-Kotelly |

I, Lindsay Wooldridge, declare:

That I am a citizen of the United States and a resident of Orange County, California; that my business address is 528 North Glassell, Orange, California 92867; that I am over the age of 18 years, and am not a party to the referenced action; that on January 2, 2008 I deposited in the United States mails in Orange, California, in this action; in an envelope bearing the requisite postage, a copy of:

**OPPOSITION TO MOTION FOR DEFAULT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF JAMES CRAWFORD IN SUPPORT THEREOF**

addressed to:

9

1 | JAMES DAVIS BENNETT
R32589-112
2 | SAFFORD
Medium 1
3 | FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
4 | P.O. BOX 9000
SAFFORD, AZ 85548

at their last known address, at which place there is a delivery service by United States mail. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2008

/s/

Lindsay Wooldridge