*Let this be filed as motion for defaults.*
*Judge CKolla-Kotelly*
*1/25/08*

THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James Davis Bennett,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James M. Crawford et al.,<br><br>　　　　Defendants. | CASE No.: 07-1321(CKK)<br><br>Submission to the Clerk of the Court for filing of Default, Default Judgment and Affidavit in support thereof as Mandated by Federal Rules of Civil Procedures Rule 55(a) & 55(b)(1); Filing requested under 28 USC 951-Clerks Sworn Duties. |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

1. I James Davis Bennett do hereby declare that I have effected service upon Defendant The State Bar of California in a manner prescribed pursuant to Federal Rules of Civil Procedures Rule 4 and California Code of Civil Procedures Section 416.50 and that the Defendant herein named has failed to serve an answer to the Pleadings within the time mandated by Federal Rules of Civil procedures Rule 12(a) therefore I submit to the Clerk of the above Court for filing of this Affidavit in Support of Default, the Default, and the Default Judgment. Judgment Amount is One Hundred Million Dollars.

Verified this 19th Day of December 2007,

Signed: _____
　　　　James Davis Bennett

**RECEIVED**
JAN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

**DEFAULT**

2. Federal Rules of Civil Procedures Rule 55(a) mandates that "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

3. As supported by the Affidavit appearing in paragraph one the Defendant has failed to plead or defend therefore the Plaintiff submits this default for filing to indicate that the Defendant has failed to plead or defend to Plaintiff's Complaint and therefore stands in default this 19th Day of December 2007.

4. Federal Rules of Civil Procedures Rule 55(b)(1) mandates that a Judgment by default may be entered "By the Clerk". "When the Plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the Plaintiff and upon affidavit of the amount due shall enter judgment for that amount and cost against the defendant, if the defendant has been defaulted for failure to

appear and is not an infant or incompetent person.

5. The Defendant is not an infant or an incompetent person therefore Plaintiff James Davis Bennett requests the Clerk of the Court file this Default Judgment in the amount of One Hundred Million Dollars in favor of the Plaintiff as is supported by the Affidavit presented in paragraph one above.

Dated this 19th Day of December 2007,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

-3-

## CERTIFICATION OF SERVICE

**CASE No.:** 1:07-cv-01321

**CASE NAME:** James Davis Bennett vs. James M. Crawford, et al.

I certify that a copy of the "Submission to the Clerk of the Court for filing of Default, Default Judgment and Affidavit in support thereof as Mandated by Federal Rules of Civil Procedures Rule 55(a) & 55(b)(1); Filing requested under 28 USC 951- Clerks Sworn Duties" was served on the parties indicated below in a manner prescribed:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| California Attorney General<br>1300 "I" Street<br>Sacremento, Ca. 94244-255 | US Mail | 12-20-2007 |
| Laurie J. Weinstein<br>Assistant United States Attorney<br>555 Fourth Street, NW, Rm 4820<br>Washington, D.C. 20530 | US Mail | 12-20-2007 |

_____
James Davis Bennett

12-20-07
Date