UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| James Davis Bennett, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-1321 (CKK) |
| | : | |
| James M. Crawford *et al.* | : | |
| | : | |
| Defendants. | : | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 31st day of Jan. 2008,

ORDERED that the United States' motion to dismiss [Dkt. No. 8] is GRANTED; it is

FURTHER ORDERED that defendant Sean Kennedy's motion to dismiss [Dkt. No. 16] and defendant James Crawford's motion for joinder [Dkt. No. 18] are GRANTED; it is

FURTHER ORDERED that all other pending motions [Dkt. Nos. 4, 6, 14, 15, 24] are DENIED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge