UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT,       ) | Case No.: 07-cv-1321-CKK |
|        Plaintiff,    ) | Notice of Appeal |
|              v.       ) | [pursuant to 28 U.S.C. § 1292(a)(1), (c)(1) and 28 U.S.C. § 1295(a)(2)] |
| JAMES M. CRAWFORD, et al., ) | |
|        Defendants,    ) | |

Notice is hereby given that James Davis Bennett, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's "MINUTE ORDER" denying Plaintiff's application for temporary restraining order and injunctive relief entered in this action on the 14th day of January, 2008.

Dated this 31st day of January 2008,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

RECEIVED

FEB - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

**CASE NAME:** James Davis Bennett vs. James M. Crawford, et al.

**CASE NUMBER:** 07-1321(CKK)

I certify that the "Notice of Appeal" and the "Petition to proceed in forma pauperis" was served on the following in a manner described:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| Laurie J. Weinstein<br>US Attorney's Office<br>555 4th Street, NW<br>Room E4820<br>Washington, DC 20530 | US Mail | 2/04/08 |
| Gail Ivens<br>Deputy Federal Public Defender<br>321 East 2nd Street<br>Los Angeles, Ca. 90012 | US Mail | 2/04/08 |
| James M. Crawford<br>528 North Glassell<br>Orange, Ca. 92867 | In Default | |

_____          2·4·08
James Davis Bennett                       Date