UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT, ) | Case No.: 07-cv1321-CKK |
| Plaintiff, ) | Petition to proceed in forma pauperis pursuant to 28 USC § 1915 |
| v. ) | |
| JAMES M. CRAWFORD, et al., ) | |
| Defendants, ) | |

I James Davis Bennett hereby moves this honorable court to approve the filing of the accompanying "Notice of Appeal[pursuant to 28 U.S.C. § 1292(a)(1), (c)(1) and 28 U.S.C. § 1295(a)(2)]" without the payment of fees pursuant to 28 USC § 1915. See attached affidavit in support hereof.

Dated this 31st day of January 2008,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

RECEIVED

FEB - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| __JAMES DAVIS BENNETT__ | **DECLARATION IN SUPPORT** |
| (Petitioner) | **OF REQUEST** |
| | **TO PROCEED** |
| __JAMES M. CRAWFORD, et al.,__ | **IN FORMA PAUPERIS** |
| (Respondent[s]) | |

I, __JAMES DAVIS BENNETT__, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes __XX__    No_____

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. Federal Correction Institution/Bureau of Prisons
      P.O. Box 9000
      __$5.25/Month__      __Safford, AZ 85548__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes____    No _x_
   b. Rent payments, interest or dividends?    Yes____    No _x_
   c. Pensions, annuities or life insurance payments?    Yes____    No _x_
   d. Gifts or inheritances?    Yes____    No _x_
   e. Any other sources?    Yes____    No _x_

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   _____

3. Do you own any cash, or do you have money in a checking or savings account?    Yes _x_    No _x_    (Include any funds in prison accounts)    $25.00/Prison account

   If the answer is yes, state the total value of the items owned.

   __$25.00 in Prison account__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes____    No _x_

   If the answer is yes, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. <u>Wife and Son</u>

<u>Nothing until release.</u>

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on ___2·1·08___
(Date)

_____
Signature of Movant

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __30.59__ on account to his credit at the __Federal Correctional__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____
institution: __FCI Safford, AZ__

__30.59__

_____
Authorized Officer of Institution

__Counselor__
Title of Officer

## CERTIFICATE OF SERVICE

**CASE NAME:** James Davis Bennett vs. James M. Crawford, et al.

**CASE NUMBER:** 07-1321(CKK)

I certify that the "Notice of Appeal" and the "Petition to proceed in forma pauperis" was served on the following in a manner described:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| Laurie J. Weinstein<br>US Attorney's Office<br>555 4th Street, NW<br>Room E4820<br>Washington, DC 20530 | US Mail | 2/04/08 |
| Gail Ivens<br>Deputy Federal Public Defender<br>321 East 2nd Street<br>Los Angeles, Ca. 90012 | US Mail | 2/04/08 |
| James M. Crawford<br>528 North Glassell<br>Orange, Ca. 92867 | In Default | |

_____  
James Davis Bennett

2·4·08  
Date