**UNITED STATES DISTRICT COURT**
**FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES DAVIS BENNETT, | ) | Case No.: 07-cv-1321-CKK |
| | ) | |
| Plaintiff, | ) | Motion for Injunction Pending |
| | ) | Appeal; pursuant to FRAP 8(a) |
| v. | ) | (1)(C), and finding of facts |
| | ) | and conclusions of law |
| JAMES M. CRAWFORD, et al., | ) | pursuant to FRCVP 52(a) |
| | ) | |
| Defendants, | ) | |
| | ) | |

## TABLE OF CONTENTS

<u>DESCRIPTION</u>                                                    <u>PAGE</u>

**TABLE OF AUTHORITIES**........................................ii

**TABLE OF EXHIBITS**..........................................iii

I       **INTRODUCTION**...........................................1

II     **ARGUMENT**..............................................2

     A.    Plaintiff has and will continue to be irreparably
          harmed by the default in his criminal appeal if
          injunction does not issue.......................2

III    **CONCLUSION**............................................4

## TABLE OF AUTHORITIES

<u>DESCRIPTION:</u>                                                              <u>PAGE(S)</u>

Statutory Directives:

    -28 U.S.C. § 1292......................................3

    -28 U.S.C. § 1295......................................3

Federal Rules:

    -FRAP Rule 8.........................................1,4

    -FRCVP Rule 52......................................1,3

    -FRCVP Rule 65......................................1,3

## TABLE OF EXHIBITS

EXHIBIT                          DESCRIPTION

A..................Appointed Counsel places Plaintiff in default

B..................Plaintiff in Pro Se places Government in default

C..................Injunction denial without facts or conclusions
                   of law

**UNITED STATES DISTRICT COURT**
**FOR**
**THE DISTRICT OF COLUMBIA**

JAMES DAVIS BENNETT,                 )    Case No.: 07-cv-1321-CKK
                                     )
        Plaintiff,                   )    Motion for Injunction Pending
                                     )    Appeal; pursuant to FRAP 8(a)
        v.                           )    (1)(C), and finding of facts
                                     )    and conclusions of law
JAMES M. CRAWFORD, et al.,           )    pursuant to FRCVP 52(a)
                                     )
        Defendants,                  )
_____)

I.

**INTRODUCTION**

1. On July 24, 2007 the Plaintiff filed the instant complaint

against James M. Crawford, Sean Kennedy, and others for their

participation in an elaborate process used to gain false convict-

ions. Docket #1

2. Upon initiation of the complaint the Plaintiff simultan-

eously moved the court for protection via temporary restraining

order and preliminary injunction pursuant to Rule 65(a) and (b).

Docket #2.

3. During the pendency of the court's decision Defendant's

Crawford, Kennedy, and the United States; through its' employee

-1-

Commissioner Peter L. Shaw, all made certain moves that caused
the Plaintiff irreparable injury through the unauthorized appoint-
ment of counsel and his subsequent failure to file an opening
brief.

4. Crawford made motion to terminate his unauthorized repre-
sentation; Shaw accepted Crawford's motion and ordered represent-
ation terminated while ordering Kennedy to make another unauthor-
ized appointment of representation; and Kennedy thereafter appoints
Phillip A. Trevino who placed Plaintiff in default by failing to
file an opening brief and thus causing Plaintiff's criminal appeal
to be subject to dismissal. Exhibit A. On February 5, 2007, less
than a year ago, Plaintiff timely filed his opening brief in pro
se disclosing the fraud used to falsely convict him. The Government,
thereafter, defaulted by failing to file a response to the fraud.
Exhibit B.

5. On January 14, 2008 the court denied Plaintiff's protect-
ive relief requesting a temporary restraining order and preliminary
injunction. Thereafter the Plaintiff filed an interlocutory appeal

-2-

pursuant to 28 U.S.C. § 1292(a)(1), (c)(1), and 28 U.S.C. §

1295(a)(2).

## II.

### ARGUMENT

**A.  Plaintiff has and will continue to be irreparably harmed by the default in his criminal appeal if injunction does not issue.**

6. The purpose of a temporary restraining order and prelim-

inary injunction is to "preserve the status quo" and to "prevent

an irreparable injury from occurring before the court has a chance

to decide the case. Black's Law 8th Edition.

7. Temporary Restraining Orders and Preliminary Injunctions

can be issued by the Court when it "clearly appears from specific

facts shown by affidavit or by the verified complaint that immed-

iate and irreparable injury, loss, or damage will result to the

applicant..." Rule 65 of the Federal Rules of Civil Procedures.

8. If the Court makes a decision to grant or refuse the

granting of a restrainnig order or preliminary injunction it

shall "set forth the findings of fact and conclusions of law

which constitute the grounds of its action". Rule 52(a) of the

-3-

Federal Rules of Civil Procedures.

9. If a party finds the need to make motion for injunction during the pendency of appeal he "must ordinarily move first in the district court"(FRAP Rule 8(a)(1)(C)) and must also "state any reasons given by the district court for its action". Rule 8(a)(2)(A)(ii).

10. The Plaintiff filed his complaint(Docket #1); made injunctive request to prevent the harm he has currently experienced (Docket #2); and the court has rejected his request without setting forth its' findings of fact or conclusions of law(See Exhibit C in what appears to be Docket entry #25).

### III.
### CONCLUSION

11. It appears appropriated that the court should issue its findings of fact and conclusions of law related to the January 14, 2008 denial of the Plaintiff's request for injunctive protection or issue the injunction to prevent further harm to the Plaintiff.

-4-

Dated <u>this</u> 2nd Day of February 2008,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

## CERTIFICATE OF SERVICE

**CASE NAME:** James Davis Bennett vs. James M. Crawford, et al.

**CASE NUMBER:** 07-1321(CKK)


I certify that the "Motion for Injunction Pending Appeal; pursuant to FRAP 8(a)(1)(C), and finding of facts and conclusions of law pursuant to FRCVP 52(a)" was served on the following in a manner described:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| Laurie J. Weinstein<br>US Attorney's Office<br>555 4th Street, NW<br>Room E4820<br>Washington, DC 20530 | US Mail | 2-7-08 |
| Gail Ivens<br>Deputy Federal PUblic<br>Defender<br>321 East 2nd Street<br>Los Angeles, Ca. 90012 | US Mail | 2-7-08 |
| James M. Crawford<br>528 North Glassell<br>Orange, Ca.  92867 | In Default | |


_James Davis Bennett_

_2-7-08_
Date

## EXHIBIT A

CONTENTS:                    9th CIRCUIT DOCKET ENTRIES

-2/5/07    entry-Plaintiff's opening brief filed

-4/27/07   entry-Commissioner Shaw recommends Plaintiff's
           brief be stricken after false convictions were
           revealed

-7/3/07    entry-Defendant Kennedy's unauthorized appoint-
           ment of Defendant Crawford

-9/7/07    entry-Commissioner Shaw's order to remove Craw-
           ford

-9/21/07   entry-Defendant Kennedy's unauthorized appoint-
           ment of Trevino

-9/7/07    entry-showing Plaintiff's opening brief due
           January 28, 2008-as of the current date the
           brief has not been filed and Plaintiff now
           stands in default as a result of the actions
           of Defendant's Crawford and Kennedy

of 12/11/06   responds to all pending motions in question) (ca)

12/11/06            Filed order ( Alfred T. GOODWIN, M. M. McKEOWN, ): Aplt's
                    mtn for bail penidng appeal is denied without prejudice to
                    renewal, if necessary, following presentation of the mtn to
                    the dist ct. [5978385-1] (CITE) Aplt's "mtn for a bill of
                    particulars" is denied. [5979177-1] Aplt's "mtn to take
                    judicial notice" is denied. [5994270-1] The court rptr's
                    mtn to file the transcript late is granted.  The Clerk
                    shall file the transcript rcvd on 11/21/06, and shall
                    notify the court rptr of aplt's new address and instruct
                    her to send aplt a copy of the transcript at his new
                    address.  The brfing sched established prvsly shall remain
                    in effect.  [06-50580] (gail) [06-50580]

12/11/06            Filed James Davis Bennett in 06-50580 notice of designation
                    of reporter's transcript (prvsly rcvd; filed per 12/11/06
                    order) [06-50580] (gail) [06-50580]

1/9/07              Filed Appellant James Davis Bennett's motion to
                    reconsideration of motion for bail pending appeal; served
                    on 1/8/07. (MOATT) [06-50580] (ca) [06-50580]

1/11/07             Rec'd aplt James Davis Bennett in 06-50580 notice of
                    designation of reporter's transcript. [06-50580] (af)
                    [06-50580]

1/23/07             Filed (MOATT/PE) Order (Richard A. PAEZ, Jay S. BYBEE,)
                    Aplt's mtn to recon the denial of his bail mtn is DENIED.
                    Aplt's renewed mtn for bail pending appeal is DENIED w/out
                    prejudice to renewal, if necessary, following presentation
                    of the mtn to the DC. (cite) The briefing schedule
                    established previously shall remain in effect.  [06-50580]
                    (af) [06-50580]

2/5/07              Filed original and 7 copies Appellant James Davis Bennett in
                    06-50580 opening brief  ( Informal: no) 30 pages and 5
                    copies of excerpts; served on 1/31/07 [06-50580] (gail)
                    [06-50580]

Docket as of September 7, 2007 11:18 pm                  Page 5


06-50580 USA v. Bennett, et al

2/26/07             Filed Appellant's mtn for bail; recon of 9th Cir. order
                    dated 1/23/07 [06-50580] served on 2/23/07 [6101453] MOATT
                    [06-50580] (gail) [06-50580]

2/26/07             Copy DC motion received: Aplt's mtn for completed record to
                    incudle all filings [06-50580] (gail) [06-50580]

3/2/07              Filed order ( Alfred T. GOODWIN, A. W. TASHIMA, ):
                    Appellant's motion for bail pending appeal is denied
                    because aplt has not shown, by clear and convincing
                    evidence, that aplt is not likely to flee or pose a danger

to the safety of any other person or the community if
released. [6101453-1] (CITE)  The brfing sched established
prvsly shall remain in effect.  [06-50580] (gail)
[06-50580]

3/9/07        Filed Aple USA's mtn for determination as to whether
              deft-aplt will be given leave to proceed pro se [06-50580]
              served on 3/8/07 [6113429] MOATT (gail) [06-50580]

3/28/07       Received orig. and 1 copies James Davis Bennett in
              06-50580's reply brief (  Informal: yes ) of 7 pages;
              served on 3/27/07 . (rcvd because no answ brf has yet been
              filed.) [06-50580] (gail) [06-50580]

3/30/07       Sent Appellee USA in 06-50580 31(c) letter for failure to
              file answ brf. response to 31(c) letter due 4/16/07;
              [06-50580] (sent in error mtn to proceed pro se
              pending/moatt) (gail) [06-50580]

3/30/07       Received 1 copy Appellant James Davis Bennett in 06-50580's
              addendum to reply brief (includes portion of transcripts) (
              [6131931-1] ,served on 3/30/07 [06-50580] (gail)
              [06-50580]

3/30/07       Filed Appellant's mtn to continue with current brfing sched
              and to accept the government's filing dated 3/8/07 as
              opposition brf [06-50580] served on 3/27/07 [6135883] MOATT
              [06-50580] (gail) [06-50580]

4/4/07        Received letter (undated) from pro se re: req for status of
              case (sent public docket to aplt in response) (gail)
              [06-50580]

4/16/07       Received Lawrence A. Kole for Appellee USA in 06-50580
              letter dated 4/12/07 re: ntc that no answ brf is yet due
              and govt will await new due date.  [06-50580] (gail)
              [06-50580]

4/20/07       Referred to MOATT re: status of aple's mtn filed 3/9/07.
              [6113429-1] [06-50580] (ea) [06-50580]

4/25/07       Received letter from pro se dated 4/25/07 re: req "to
              expeditiously to complete appeal"  (copy to MOATT) (gail)

Docket as of September 7, 2007 11:18 pm              Page 6


06-50580 USA v. Bennett, et al

              [06-50580]

4/27/07       Filed order (Appellate Commissioner) The Clerk shall serve
              copies of the Report and Recommendation filed
              contemporaneously with this order on all parties at the
              addresses of record.  Appellant James Davis Bennett may
              file a pro se objection to the Report and Recommendation
              within 21 days after this order is filed.  The Clerk shall

forward to the Appellate Commissioner any objection filed.
( Ap.Com.) [06-50580] (dl) [06-50580]

4/27/07          Filed Report and Recommendation by Appellate Commissioner.
                 [06-50580] (dl) [06-50580]

5/1/07           Filed Appellant's mtn for default jdgmnt of acquittal on
                 counts 1-10; mtn for hearing to determine the legality of
                 aplt's continued detention pursuant to 28 USC 2241; and mtn
                 to refer Alicemaire Stotler, Lawrence E. Kole, and Brett A.
                 Sagel to Congress for criminal investigation [06-50580]
                 served on 4/19/07 [6171378] APP. COMM. [06-50580] (gail)
                 [06-50580]

5/14/07          Received letter dated May 11, 2007, from appellant's spouse
                 in support of appellant's request to proceed pro se.
                 (Ap.Com.) [06-50580] (dl) [06-50580]

5/15/07          Received notice of objection to App.Comm. recommendation
                 from Appellant James Davis Bennett in 06-50580 (rcvd in
                 court on 5/15/07; rcvd in docketing on 6/5/07) (copy to
                 APP. COMM.) (gail) [06-50580]

5/29/07          Rec'd notice of change of address from Appellant James
                 Davis Bennett in 06-50580  dated 5/23/07 (new address:
                 #32589-112 FCI Stafford, P.O.Box 9000, Safford, AZ 85548)
                 [06-50580] (gail) [06-50580]

5/29/07          Received letter dated 23 May 2007 from the wife of
                 appellant re: request of appellant to represent himself.
                 (Ap.Com.) [06-50580] (dl) [06-50580]

Docket as of September 7, 2007 11:18 pm                    Page 7



06-50580 USA v. Bennett, et al

6/8/07           Filed order ( Edward LEAVY, Thomas G. NELSON):  ...On April
                 27, 2007, the Appellate Commissioner filed a Report and
                 Recommendation concluding that the court should deny
                 appellant Bennett's self-representation and appoint new
                 counsel to represent Bennett on appeal. Bennett was allowed
                 21 days within which to file objections to the Report and
                 Recommendation. During the objection period, Bennett filed
                 a "Motion for Default Judgment of Acquittal, etc." and,
                 with a cover letter from his wife, an "Ex Parte Motion to
                 Relieve Counsel Supplement, etc." Bennett's submissions are
                 construed as objections to the Appellate Commissioner's
                 Report and Recommendation. So construed, Bennett's
                 objections are overruled. The court adopts the Appellate
                 Commissioner's Report and Recommendation in full. Appellant
                 Bennett is denied permission to represent himself on
                 appeal. New counsel will be appointed by separate order.
                 The Clerk shall serve a copy of this order by facsimile
                 transmission on Sean K. Kennedy, Federal Public Defender,
                 321 East Second Street, Los Angeles, California 90012-4206
                 (FAX: (213) 894-0081), who will locate appointed counsel.

The district court shall provide this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel. The Clerk shall strike Bennett's pro se opening brief filed February 5, 2007 and Bennett's pro se reply brief received March 28, 2007. The Clerk shall provide copies of both stricken briefs to Mr. Kennedy, who is requested to serve the briefs on new counsel for such consideration as counsel deems appropriate. New counsel shall order any additional transcripts by July 30, 2007. The court reporters shall file the transcripts in the district court by August 29, 2007. Appellant Bennett's opening brief and excerpts of record are due October 8, 2007. Appellee's answering brief is due November 7, 2007. Appellant Bennett's optional reply brief is due 14 days after service of the answering brief. [06-50580] (dl) [06-50580]

| | |
|---|---|
| 6/11/07 | Rec'd aplt James Davis Bennett in 06-50580's request for criminal investigation; served on 6/2/07. (App. Comm) [06-50580] (af) [06-50580] |
| 6/19/07 | Filed Appellant James Davis Bennett in 06-50580's motion to disbar Lawrence E. Kole & Brett A. Sagel [06-50580] served on 6/18/07 [6211691] MOATT [06-50580] (gail) [06-50580] |
| 6/22/07 | Received letter dated 6/17/07 from pro se re: "aplt's formal proffer to the 9th Circuit" (APP.COMM.) (gail) [06-50580] |
| 7/2/07 | Filed Appellant James Davis Bennett in 06-50580's motion to reconsider 6/8/07 order [06-50580] served on 6/17/07 [6221883] MOATT [06-50580] (gail) [06-50580] |

Docket as of September 7, 2007 11:18 pm                    Page 8


06-50580 USA v. Bennett, et al

| | |
|---|---|
| 7/2/07 | Received Appellant in 06-50580 notice of designation of reporter's transcript. CASEFILE [06-50580] (gail) [06-50580] |
| 7/3/07 | Received copy of District Court order filed on June 20, 2007 appointing James M. Crawford, Esq., as CJA counsel of record for appellant. [06-50580] (dl) [06-50580] |
| 7/10/07 | Filed order (Appellate Commissioner) This court has received appellant James Davis Bennett's pro se request for a criminal investigation, motion to disbar the government attorneys, and petition for rehearing and proffer. Because appellant Bennett is represented by counsel, only counsel may file motions. The court therefore declines to entertain Bennett's submissions. With this order, the Clerk shall serve copies of the pro se submissions on appellant's newly appointed counsel of record, James M. Crawford, Esq., 528 North Glassell, Orange, California 92867, for such |

consideration as counsel deems appropriate. The Clerk shall also serve this order on appellant individually, James Davis Bennett, Reg. No. 32589-112, Federal Correctional Institution, P.O. Box 9000, Safford, Arizona 85548. ( Ap.Com.)  [06-50580] (dl) [06-50580]

8/6/07          Filed James M. Crawford in 06-50580's motion to withdraw as counsel [06-50580] ; served on 8/2/07 MOATT (gail) [06-50580]

9/7/07          Filed order (Appellate Commissioner) The motion of James M. Crawford, Esq., 528 North Glassell Street, Orange, California 92867, (714) 288-0180, to be relieved as counsel for appellant is granted. New counsel will be appointed by separate order. The Clerk shall serve a copy of this order by facsimile transmission on Sean K. Kennedy, Federal Public Defender, 321 East Second Street, Los Angeles, California 90012-4206 (FAX: (213) 894-0081), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel. New counsel shall designate the reporter's transcript by October 15, 2007. The transcript is due December 17, 2007. Appellant's opening brief and excerpts of record are due January 28, 2008; appellee's answering brief is due February 27, 2008; and the optional reply brief is due within 14 days after service of the answering brief. ( MoAtt) [06-50580] (dl) [06-50580]

Docket as of September 7, 2007 11:18 pm                    Page 9

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/13/2007 08:26:29 | | |
| PACER Login: | sg1989 | Client Code: |
| Description: | dkt report | Case Number: 06-50580 |
| Billable Pages: 9 | | Cost: 0.72 |

Docket Summary



If you view the full docket online, you will be charged for 10 Pages    $ 0.80

## US Court of Appeals for the Ninth Circuit
## Case Summary

Court of Appeals Docket #: 06-50580                    Filed: 10/17/06
Nsuit:    0
USA v. Bennett, et al
Appeal from: Central District of California (Santa Ana)

Lower court information:
    District: 0973-8 : CR-03-00025-AHS
    presiding judge: Alicemarie H. Stotler, District Judge

| | |
|---|---|
| 9/21/07 | Received copy of District Court order filed on September 14, 2007 appointing Phillip A. Trevino, Esq., as CJA counsel of record for appellant. [06-50580] (dl) [06-50580] |
| 10/9/07 | Filed Appellant James Davis Bennett's motion to remove Aplt Commissioner "from further participation" [06-50580] served on 10/4/07 [6315304] (MOATT) [06-50580] (gail) [06-50580]. |
| 10/15/07 | Received Appellant James Davis Bennett in 06-50580 notice of designation of reporter's transcript (multiple hearings from 1/31/03 to 1/26/07 are listed) [06-50580] (gail) [06-50580] |
| 10/29/07 | Received notice of petition under USC 2241 from Appellant James Davis Bennett in 06-50580 (MOATT) (gail) [06-50580] |
| 11/1/07 | Filed Appellant James Davis Bennett's mtn for grand jury authorized jurisdiction [06-50580] served on 10/29/07 [6339313] (MOATT) [06-50580] (gail) [06-50580] |
| 11/13/07 | Filed Phillip A. Trevino in 06-50580's motion for leave to expend funds under the Criminal Justice Act (APPELLATE COMMISSIONER). (tu) [06-50580] |
| 11/15/07 | Filed Appellant James Davis Bennett's mtn for smmry jdgmnt of "Petitioner under 28 USC $2241 for a writ of habeus corpus" [06-50580] served on 11/13/07 [6346374] (MOATT) [06-50580] (gail) [06-50580] |
| 11/26/07 | Filed Appellant's ntc of mtn and mtn for temporary retraining order [06-50580] served on 11/9/07 [6358271] (MOATT) [06-50580] (gail) [06-50580] |
| 11/26/07 | Filed Appellant James Davis Bennett in 06-50580's motion for immediate release [06-50580] served on 11/17/07 [6358278] (MOATT) [06-50580] (gail) [06-50580] |
| 11/29/07 | Filed order (Appellate Commissioner) Aplt's mtn for approval under the CJA to incur up to $700 to photcopy dist court records is granted. [6355666-1] Aplt is instructed to |

**EXHIBIT B**

CONTENTS:                    GOVERNMENT BRIEF DEFAULT

-Government reads Plaintiff's pro se opening brief disclos-
ing false convictions and refuses to file a brief.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

March 30, 2007

FILED

MAR 3 0 2007

CATHY A. CATTERSON, CLERK
U. S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES DAVIS BENNETT,

Defendant - Appellant.

No.  06-50580

D.C. No.  CR-03-00025-AHS

**DEFAULT NOTICE**

Court records do not reflect receipt of the answering brief or a letter stating that no brief will be filed.  Within 14 days from the date of this notice, appellee shall submit the brief and a motion for relief from default or inform the court in writing that no answering brief will be filed.  In the absence of a timely response to this order, the case will be calendared on the basis of the opening brief alone and appellee will be barred from participating in any scheduled oral argument. Fed. R. App. P. 31(c); 9th Cir. R. 31-2.3.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gail Nelson-Hom
Deputy Clerk

**EXHIBIT C**

CONTENTS:                          DISTRICT DOCKET

    -District Court Denial without specification of findings
    of facts or conclusions of law as required by FRCVP Rule
    52(a)

PROSE-PR, TYPE-D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01321-CKK

BENNETT v. CRAWFORD, et al
Assigned to: Judge Colleen Kollar-Kotelly
Cause: 42:1983 Civil Rights Act

Date Filed: 07/24/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2008 | | MINUTE ORDER denying 21 Plaintiff's Motion for a default to be entered against defendant Crawford, inasmuch as Mr. Crawford, having appeared and defended against the complaint, is not in default. SO ORDERED. Signed by Judge Colleen Kollar-Kotelly on 1/23/08.(ah) (Entered: 01/23/2008) |
| 01/14/2008 | | MINUTE ORDER denying 2 Plaintiff's Motion for a temporary restraining order and other relief in what appears to be criminal proceedings in California, inasmuch as this Court lacks jurisdiction over such proceedings. SO ORDERED. Signed by Judge Colleen Kollar-Kotelly on 1/14/08.(ah) (Entered: 01/14/2008) |
| 01/04/2008 | 24 | MOTION for Summary Judgment by JAMES DAVIS BENNETT; (See Docket Entry 23 to view document) (td, ) (Entered: 01/07/2008) |
| 01/04/2008 | 23 | Memorandum in opposition to re 16 MOTION to Dismiss, 8 MOTION to Dismiss filed by JAMES DAVIS BENNETT. (td, ) (Entered: 01/07/2008) |
| 01/02/2008 | 22 | Memorandum in opposition to re 21 MOTION for default filed by JAMES DAVIS BENNETT. (CRAWFORD, JAMES) (Entered: 01/02/2008) |
| 12/10/2007 | 21 | MOTION for default by JAMES DAVIS BENNETT; ("Leave to file is granted as Motion for Default" by Judge C Kollar-Kotelly) (td, ) (Entered: 01/02/2008) |
| 12/03/2007 | | Set/Reset Deadlines: Response due by 1/4/2007. (dot, ) (Entered: 12/03/2007) |
| 11/29/2007 | 19 | Order advising plaintiff to respond by January 4, 2008, to defendant Kennedy's motion to dismiss or the Court will treat the motion as conceded and may dismiss the complaint against the movant. Signed by Judge Colleen Kollar-Kotelly on 11/29/07. (ah) (Entered: 11/29/2007) |
| 11/28/2007 | 18 | MOTION to Quash Service or, alternatively MOTION for 16 limited Joinder in motion to dismiss under FRCP 12(b)(1) and (6) by JAMES M. CRAWFORD (td, ) (Entered: 11/28/2007) |
| 11/15/2007 | 17 | ERRATA by SEAN KENNEDY 16 MOTION to Dismiss filed by SEAN KENNEDY. (Attachments: # 1 Corrected Certificate of Service)(Ivens, Gail) (Entered: 11/15/2007) |