UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Davis Bennett,                :
                                    :
        Plaintiff,                  :
    v.                              :    Civil Action No. 07-1321 (CKK)
                                    :
James M. Crawford *et al.*          :
                                    :
        Defendants.                 :

ORDER

Plaintiff has noticed his appeal of the final order entered on January 31, 2008. He moves separately to appeal *in forma pauperis* and for an injunction pending appeal. It is unclear what activity plaintiff seeks to enjoin, but the Court has already determined that it lacks personal jurisdiction over the individually named defendants and the Court is "powerless to issue an injunction against" a non-party. *Citizens Alert Regarding the Environment v. U.S. E.P.A.,* 259 F. Supp.2d 9, 17 (D.D.C. 2003). Accordingly, it is

ORDERED that plaintiff's motion to proceed *in forma pauperis* on appeal [Dkt. No. 29] is GRANTED; and it is

FURTHER ORDERED that plaintiff's motion for an injunction [Dkt. No. 30] is DENIED.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
DATE: February 14, 2008          United States District Judge