UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES DAVIS BENNETT, ) | Case No.: 07-cv-1321-CKK |
| ) | |
| Plaintiff, ) | Notice of Appeal[pursuant to |
| ) | 28 U.S.C. § 1295(a)(2)] and |
| v. ) | clarification of Court's |
| ) | docket entry number 28. |
| JAMES M. CRAWFORD, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |

### NOTICE OF APPEAL

1. Notice is hereby given that James Davis Bennett, Plaintiff in the above named case, hereby appeal to the United States Court Appeals for the Federal Circuit from the District Court's order filed January 31, 2008 in docket number 27 as it relates to The United States and Sean Kennedy **only**.

### CLARIFICATION OF DOCKET ENTRY 28

2. In Docket entry 28 the clerk erroneously entered a notice of appeal for Docket entry 27 and transmitted it to the "US Court of Appeals". That appeal; as indicated on its' face, was an appeal of the "Minute Order denying 2 Plaintiff's Motion for a temporary restraining order and other relief" which was filed January 14, 2008, and which was to be transmitted to the United States Court of Appeals for the Federal Circuit pursuant to their exclusive jurisdiction as mandated by 28 U.S.C. 1295(a)(2). Please take the necessary corrective actions.

Dated this 21st Day of February 2008,

By: _____
James Davis Bennett/Reg#32589-112
FCI Safford
P.O. Box 9000
Safford, AZ 85548

RECEIVED
FEB 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

**CASE NAME:** James Davis Bennett vs. James M. Crawford, et al.

**CASE NUMBER:** 07-1321(CKK)

I certify that the "Notice of Appeal" was served on the following in a manner described below:

| PARTY SERVED | METHOD OF SERVICE | DATE SERVED |
|---|---|---|
| Laurie J. Weinstein<br>US Attorney's Office<br>555 4th Street, NW<br>Room E4820<br>Washington, DC 20530 | US Mail | 2·24·08 |
| Gail Ivens<br>Deputy Federal Public Defender<br>321 East 2nd street<br>Los Angeles, Ca. 90012 | US Mail | 2·24·08 |
| James M. Crawford | In Default | |
| State Bar of California | In Default | |

_____          2·24·08
James Davis Bennett                  Date